✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** ____ | **Category No.** II | **Investigating Agency** ICE |
| City: Brockton | **Related Case Information:** | |
| County: Plymouth | Superseding Ind./ Inf. ____ Case No. ____ | |
| | Same Defendant ____ New Defendant X | |
| | Magistrate Judge Case Number ____ | |
| | Search Warrant Case Number ____ | |
| | R 20/R 40 from District of ____ | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____   ☐ Yes  ☑ No

Defendant Name: BYRON ALBERTO QUEJOSCA-QUIJOSACA      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: ____

Address: Brockton, MA

Birth date (Yr only): 1994   SSN (last 4#): ____   Sex: M   Race: ____   Nationality: Ecuador

**Defense Counsel if known:** ____          Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: John T. Dawley, Jr.          Bar Number if applicable: 683662

Interpreter:  ☑ Yes  ☐ No          List language and/or dialect: Spanish

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:** ICE Custody

**Arrest Date:** June 23, 2025

☑ Already in Federal Custody as of   June 23, 2025   in   ICE Custody   .
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ____   on ____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 31, 2025          Signature of AUSA: /s/ John T. Dawley, Jr.

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Unlawful Reentry of Deported Alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013